Case 10-37021    Doc 20    Filed 08/18/11    Entered 08/22/11 12:47:38    Desc Main
Document      Page 1 of 1

Date: 08/17/11                                                                                          Page:

**DIVIDENDS REMITTED TO THE COURT**

Check Number 1008 Dated 08/17/11

Case Number 10-37021 - NASCAK, RICHARD M.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **THINK MUTUAL BANK**<br>PO BOX 7194<br>ROCHESTER MN 55903 | 00003B | 178.14 | 4.80 |
| ---------- Remittance Total ---------------- | | 178.14 | 4.80 |

_____
CHARLES W. RIES, Trustee



RECEIVED 11 AUG 18 AM 11:47 U.S. BANKRUPTCY COURT ST PAUL, MN

COURT1                                                                  Printed: 08/17/11 02:05 PM   Ver: 16.02b